SCOTT COLE & ASSOCIATES, PC
SCOTT EDWARD COLE (S.B. # 160744)
CLYDE H. CHARLTON (S.B. # 127541)
MATTHEW R. BAINER (S.B. # 220972)
1970 Broadway, Suite 950
Oakland, CA 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Attorneys for Representative Plaintiff
And the Plaintiff Class(es)

LITTLER MENDELSON, PC
DAVID C. CASEY, Massachusetts Bar No. 077260,
appearing pro hac vice
NANCY E. PRITIKIN (S.B. # 102392)
MICHAEL MANKES (S.B. # 179016)
One International Place, Suite 2700
Boston, MA 02110
Telephone: (617) 378-6000
Facsimile: (617) 737-0052

GREENBERG TRAURIG, LLP
FRANK E. MERIDETH, JR. (S.B. # 46266)
DIANA P. SCOTT (S.B. # 84875)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Attorneys for Defendant
CASUAL MALE RETAIL GROUP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN J. TUCKER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CASUAL MALE RETAIL GROUP, INC.,<br><br>Defendant. | CASE NO.  C 04-1841 SBA<br><br>**ORDER PRELIMINARILY APPROVING CLASS CERTIFICATION AND SETTLEMENT, NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION, AND SETTING HEARING DATE FOR FINAL APPROVAL OF SETTLEMENT; DECLARATORY ORDER**<br><br>**JUDGE:  Hon. Saundra B. Armstrong** |

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER

CASE NO. C 04-1841 SBA

LITTLER MENDELSON
A Professional Corporation
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHEREAS, there is a class action lawsuit pending entitled <u>Robin J. Tucker, individually, and on behalf of all others similarly situated v. Casual Male Retail Group, Inc.</u>, Case No. C 04-1841 SBA, which consists of two putative classes: (1) a class of persons who worked for Casual Male as Store Managers in its stores located in the state of California between May 14, 2002 and the date of this Preliminary Approval Order (the "California Class"); and (2) a class of persons who worked for Casual Male as Store Managers in its stores in the United States located in states other than California during the two years preceding the date of this Preliminary Approval Order (the "FLSA Class");

WHEREAS, the Representative Plaintiff claims that Casual Male improperly classified FLSA Class Members as overtime exempt and failed to pay overtime as required by the Fair Labor Standards Act and improperly classified California Class Members as overtime exempt and failed to pay overtime, failed to provide meal and rest breaks, and failed to keep accurate wage records in violation of the California Labor Code, the California Wage Orders and the California Business and Professions Code, and Defendant Casual Male Retail Group, Inc. ("Casual Male") denies these claims;

WHEREAS, the Court has been advised that the parties to this action, through their counsel, have agreed, subject to Court approval following notice to the Plaintiff Settlement Classes and a hearing, to settle this action upon the terms and conditions set forth in the Stipulation of Class Action Settlement ("Stipulation") filed herewith;

WHEREAS, the Representative Plaintiff has indicated his approval of the settlement as set forth in the Stipulation;

WHEREAS, Casual Male has moved without opposition for declaratory judgment regarding its compensation program for Store Managers, and the issuance of a declaratory order is a principal and material condition of the settlement;

NOW, THEREFORE, based upon the Stipulation and all of the files, records, and proceedings herein, and it appearing to the Court, upon preliminary examination, that the settlement

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER — 2. — CASE NO. C 04-1841 SBA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

set forth in the Stipulation is fair, just, reasonable, adequate and equitable, and that a hearing should and will be held after notice to the Plaintiff Settlement Classes to confirm that the Stipulation and settlement therein are fair, just, reasonable, adequate and equitable, and to determine whether a Final Approval Order and Final Judgment should be entered in this action based upon the Stipulation;

IT IS HEREBY ORDERED THAT:

1. This Order Preliminarily Approving Class Certification and Settlement, Notice of Pendency and Settlement of Class Action, and Setting Hearing Date for Final Approval of Settlement ("Preliminary Approval Order") hereby incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation.

2. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court preliminarily approves the settlement as set forth in the Stipulation, and finds that: (l) the settlement is fair, just, reasonable, adequate and equitable as to the Settlement Classes and is the product of good faith, arm's-length negotiations between the parties; and (2) the settlement as set forth in the Stipulation is consistent with public policy, fully complies with the applicable provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), and fully complies with all applicable provisions of California law, including, but not limited to the California Labor Code, the California Industrial Wage Orders and the California Business and Professions Code section 17200, *et seq*. Additionally, the Court finds that Casual Male's Managers' Incentive Compensation Plan, attached as Exhibit 5 to the Stipulation, fairly and adequately addresses the Plaintiff's claims in this case and that, pursuant to such Plan, Casual Male Store Managers are overtime exempt under the retail-service exemption as defined by both the FLSA and California law. Accordingly, the parties to the Stipulation are hereby directed to consummate and perform its terms.

3. The parties shall give Notice, within ten (10) court days of this Preliminary Approval Order, to all members of the Settlement Classes in the form of the appropriate Notice of Class Action Settlement, attached to the Stipulation as Exhibits 2 and 3 (collectively referred to as "Notice"). All costs associated with providing notice to the Settlement Classes and administering the class action settlement shall be paid from the $1,000,000 Settlement Consideration toward the California Class. Notice shall be mailed by First Class mail through the U.S. Postal Service, by Rust

LITTLER MENDELSON
A Professional Corporation
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER   3.   CASE NO. C 04-1841 SBA

1  Consulting, the third-party administrator mutually selected by the parties (the "Administrator"). Casual Male shall provide the last known addresses and telephone numbers of all class members known to it within five (5) court days of this Preliminary Approval Order.

4.     In the event a Notice mailed to any plaintiff pursuant to section 3 above is returned by the U.S. Postal Service as a result of an incorrect or insufficient address during the 45-day period following the date of mailing, the Administrator will use reasonable measures to seek an address correction for such plaintiff(s), and a second notice shall be sent to any new or different address discovered.

5.     Casual Male's consent to the Stipulation, and the settlement provided for therein, may not be used or construed as an admission of liability or wrongdoing by Casual Male, nor is this Preliminary Approval Order a finding of the validity of any claims in the Litigation or of any wrongdoing by Casual Male. Neither this Preliminary Approval Order, the Stipulation, nor any document referred to herein, nor any action taken to carry out the Stipulation is, may be construed as, or may be used as, an admission by or against Casual Male of any fault, wrongdoing or liability whatsoever. Entering into or carrying out the Stipulation, and any negotiations or proceedings related thereto, shall not, in any event, be construed as, or deemed to be evidence of, an admission or concession by Casual Male, and shall not be offered or received in evidence in any action or proceeding against any party hereto in any court, administrative agency, or other tribunal for any purpose whatsoever other than to enforce the provisions of the Stipulation and/or any judgment entered pursuant thereto, or in any related agreement or release; except that the Stipulation may be filed and used in this Litigation or any related litigation as evidence of the settlement, or in any subsequent action against or by Casual Male to support a stay of such subsequent action, or to establish a defense of res judicata, collateral estoppel, release, good faith settlement, judgment bar, or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

6.     For the purposes of the Stipulation and the proceedings herein, the Court orders that the settlement classes are hereby certified in accordance with the definitions of the "FLSA Settlement Class" and the "California Settlement Class" set forth in section III of the Stipulation;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

28  [PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER     4.     CASE NO. C 04-1841 SBA

that Robin J. Tucker is the Representative Plaintiff for the Settlement Classes; and that their counsel of record, Scott Cole & Associates, are appointed as Class Counsel for the Settlement Class. The certification of the Settlement Classes shall be binding only with respect to the settlement, the Stipulation, and this Preliminary Approval Order. In the event that Final Approval of the Settlement as set forth in the Stipulation is not approved by the Court, is overturned on appeal, or does not become final for any other reason, then the Stipulation and so much of this Order that grants preliminary and contingent class certification shall be null and void, and shall be deemed terminated, unless otherwise agreed to in writing by counsel for the Settling Parties, and the Classes shall be decertified.

      7. The Court further:

      (a) Approves the form of Notice (substantially in the form of Exhibits 2 and 3 to the Stipulation) and Proof of Claim and Release (substantially in the form of Exhibits 4 and 5 to the Stipulation) for mailing to the Settlement Class Members;

      (b) Requires that all FLSA and California Settlement Class Members who wish to submit a claim for payment pursuant to the settlement complete and timely submit a Proof of Claim and Release form pursuant to the instructions contained in the Notice;

      (c) Requires that all California Settlement Class Members who wish to be excluded from the settlement provided for in the Stipulation shall comply with the requirements for doing so as set forth in the Notice; and

      (d) Orders that, pending final determination of whether the settlement contained in the Stipulation should be approved, neither the Representative Plaintiff, nor any Settlement Class Member, shall, directly, representatively, or in any other capacity, commence or prosecute this Litigation, or any other proceeding in any court, tribunal or administrative forum, asserting any of the Released Claims against any Released Person or Entity, and stays all discovery and other pre-trial proceedings in this action except as may be necessary to implement the Stipulation.

      8. A hearing (the "Final Approval Hearing") shall be held on February 7, 2006, at 1:00 p.m., as set forth in the Notice, to determine whether the proposed settlement of this action is fair, reasonable, and adequate, and should be approved. Representative Plaintiff's briefs and supporting

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER     5.     CASE NO. C 04-1841 SBA

papers in support of the proposed settlement or any joint brief and supporting papers in support of the proposed settlement, and any application for an award of attorneys' fees, costs and expenses to Class Counsel, shall be filed with the Court twenty-eight (28) days prior to the Final Hearing. Casual Male may file a response fourteen (14) days prior to the Final Approval Hearing. The Final Approval Hearing described in this paragraph may be postponed, adjourned, transferred, or continued by order of the Court without further notice to the Settlement Class. At or after the Final Approval Hearing, the Court may enter a Settlement Approval Order and Final Judgment in accordance with the Stipulation and Casual Male's unopposed motion for declaratory relief that will adjudicate the rights of all Settlement Class members, including the Representative California Plaintiffs.

9. Any member of the Settlement Classes who is not excluded from the settlement and who objects to the approval of the proposed settlement may appear at the Final Hearing, in person or through counsel, to show cause why the proposed settlement should not be approved as fair, reasonable, and adequate, after giving notice to the parties as required in the Notice.

10. Objections to the Settlement shall be heard, and any papers or briefs submitted in support of said objections shall be considered by the Court, only if on or before January 17, 2006, persons having such objections shall have mailed and filed with the Clerk of the U.S. District Court for the Northern District of California written notice of their intention to object, together with supporting papers stating the specific factual bases and/or legal grounds of the objection(s), and shall serve copies thereof, together with proof of service, on or before January 17, 2006 upon the Claims Administer, Rust Consulting, and upon Class Counsel at the following address:

CLASS COUNSEL

Scott Cole & Associates, APC
Scott Edward Cole
Clyde H. Charlton
1970 Broadway, Suite 950
Oakland, CA 94612

Within three (3) days of receipt, Class Counsel shall serve any objection on Casual Male's counsel. No Settlement Class member shall be entitled to be heard, and no objection shall be considered,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER   6.   CASE NO. C 04-1841 SBA

unless the requirements provided in the Notice are satisfied. Any Settlement Class member who does not make his/her objection to the settlement in the manner and within the time provided in the Notice shall be deemed to have waived any such objection, and may not later raise any objection by appeal, collateral attack, or otherwise.

11. Any member of the California Settlement Class who desires to be excluded from the Settlement Class must prepare a written request for exclusion in accordance with the requirements set forth in the Notice, and deliver the request for exclusion to the claims administrator, Rust Consulting, and send copies to Class Counsel and Casual Male's Counsel at the following addresses not later than 45 days following the mailing of the Notice.

CLASS COUNSEL

Scott Cole & Associates, APC
Scott Edward Cole
Clyde H. Charlton
1970 Broadway, Suite 950
Oakland, CA 94612

CASUAL MALE COUNSEL

Littler Mendelson, PC
David C. Casey
Michael Mankes
One International Place, Suite 2700
Boston, MA 02110

All such persons who properly and timely file requests for exclusion from the California Settlement Class shall not be Settlement Class members, and shall have no rights with respect to the settlement and no interest in the settlement proceeds. The names and addresses of all excluded individuals shall be attached as an exhibit to the Settlement Approval Order and Final Judgment.

12. The dates for performance are as follows:

(a) All known Settlement Class members are to be notified by first class United States mail by November 15, 2005.

(b) Completed Proof of Claim and Release forms must be mailed to the Administrator, postmarked no later than 45 days following the mailing of the Notice to be considered valid and timely.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER    7.    CASE NO. C 04-1841 SBA

    (c) Objections to the settlement and notice of intent to appear at the hearing are to be filed and served by January 17, 2006.

    (d) All California Settlement Class members who are eligible to request exclusion and desire to be excluded are to mail requests for exclusion, postmarked no later than 45 days following the mailing of the Notice. Prior to signing the Settlement Approval Order and Final Judgment, the Court may, in its discretion, hold a further hearing to determine the identity of those persons who properly exercised a right to request exclusion from the settlement

    (e) Class Counsel or the parties jointly are to file and serve their papers, if any, in support of the settlement, and any request for attorneys' fees, costs and expenses, by January 10, 2006.

    (f) Casual Male is to file its response papers, if any, in support of the settlement by January 24, 2006.

    (g) A Final Approval Hearing shall be held on February 7, 2006 at 1:00 p.m.

  13. Pursuant to the Declaratory Judgment Act, and based upon the Stipulation and the Court's independent review of Casual Male's Managers' Incentive Compensation Plan (as referenced in Section XI of the Stipulation and attached as Exhibit 5 to the Stipulation), IT IS ORDERED, ADJUDGED, DECREED AND DECLARED THAT:

    Under Casual Male's Store Manager Incentive Compensation Plan, Casual Male Store Managers are exempt from the FLSA's and California's overtime requirements pursuant to the Retail-Service exemption.

  14. The Court retains jurisdiction to enter and enforce additional judgments, enforce the Stipulation and agreement of the parties, and enforce the terms of this Order.

Dated: October 28, 2005

*Saundra B. Armstrong*
_____
The Honorable Saundra B. Armstrong
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One International Place
Suite 2700
Boston, MA 02110
617.378.6000

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER    8.    CASE NO. C 04-1841 SBA

80100975.1 047914.1003

| | |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One International Place
Suite 2700
Boston, MA  02110
617.378.6000

[PROP.] ORD. PREL. APPRVG. CLASS CERT. AND SETLMT., NOT OF PEND. AND SETLMT. OF CLASS ACT, AND SETTING HEAR. DATE FOR FINAL APRVL. OF SETLMT; DECLARATORY ORDER     9.     CASE NO. C 04-1841 SBA