IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN J. TUCKER, ET AL., | No. C 04-1841 SBA (MEJ) |
| Plaintiffs, | |
| vs. | **HEARING ON PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |
| CASUAL MALE RETAIL GROUP., ET AL., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to hear the Plaintiff's Motion to Enforce the Settlement Agreement. Accordingly, the Court shall conduct a hearing on November 2, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Plaintiff shall submit their Motion to Enforce the Settlement Agreement by Thursday, September 28, 2006. Defendant shall submit their Opposition by Thursday, October 12, 2006. Plaintiff shall submit their reply by Thursday, October 19, 2006.

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the

1 papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be
2 submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case
3 number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the
4 Clerk's Office that has already been filed electronically. **Any proposed orders must also be**
5 **emailed to: mejpo@cand.uscourts.gov**

6     Plaintiff shall serve this order upon all other parties in this action. Please contact the
7 Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.
8     **IT IS SO ORDERED.**

10 Dated: September 8, 2006

                                    MARIA-ELENA JAMES
11                                     United States Magistrate Judge

**United States District Court**
**For the Northern District of California**

2