IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN J. TUCKER, et al.<br><br>          Plaintiffs,<br><br>  vs.<br><br>CAUSAL MALE RETAIL GROUP,<br><br>          Defendant.<br>_____/ | No. C 04-1841 SBA (MEJ)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR CHANGE OF HEARING DATE** |

The Court is in receipt of plaintiff Robin Tucker's request for an earlier hearing date for her Motion for Resolving Settlement Administration Disputes, currently scheduled on November 2, 2006. (Doc. #75.) As the Court is unable to schedule an earlier hearing date, the Court hereby DENIES Plaintiff's request.

**IT IS SO ORDERED.**

Dated: September 28, 2006

MARIA-ELENA JAMES
United States Magistrate Judge