**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUCKER, | No. C-04-1841 SBA (MEJ) |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO ATTEND TELEGRAPHICALLY THE NOVEMBER 2, 2006 HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| vs. | |
| CASUAL MALE RETAIL GROUP, | |
| Defendant. | |

The Court is in receipt of the defendant's attorney Michael Mankes' letter of September 28, 2006, requesting that he and attorney David Casey be permitted to attend telephonically the November 2, 2006, hearing on Plaintiff's Motion to Enforce the Settlement Agreement .

Good cause showing, the Court hereby grants the request..

**IT IS SO ORDERED.**

Dated: October 23, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge