**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN J. TUCKER, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CASUAL MALE RETAIL GROUP, INC., and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | No. C-O4-1841 SBA<br><br>**ORDER RE: SETTLEMENT ADMINISTRATION DISPUTES** |

　　　This matter came on regularly for Hearing before the Court at 10:00 a.m. on November 2, 2006. Having received and considered the papers filed by the parties supporting and opposing the Motion and considered the arguments of the parties at the Hearing, the Court hereby resolves the disputes concerning the Administration of the Settlement in this matter as follows:

　　　**IT IS HEREBY ORDERED**, that Rust Consulting, Inc, the Claims Administrator in this matter, has properly calculated the settlement distributions to be made to Participating California Class Members in a manner consistent with the terms of the parties' Stipulation of Class Action Settlement and the Court's Order approving same, in (1) calculating payouts to include all unpaid overtime hours worked by putative California Class Members between May 14, 2002, and the date of the Courts's preliminary approval of the settlement, (2) including Casual Male's share of the

settlement taxes in making  settlement distribution calculations from the Settlement Fund.

**IT IS FURTHER ORDERED,** that Rust Consulting, Inc. shall calculate the Representative Plaintiff's share of the Settlement using the figure of 809.29 hours

**IT IS SO ORDERED.**

Dated: February 21, 2007

MARIA-ELENA JAMES
United States Magistrate Judge